UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| POLLY ROBATEAU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO HOME MORTGAGE, DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | CASE NO.: 5:15-cv-00504-R-DTB<br><br>**JUDGMENT OF DISMISSAL**<br>[*Assigned to the Hon Manuel L. Real*] |

On May 7, 2015, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, erroneously sued here as Wells Fargo Home Mortgage ("Wells Fargo"), dismissing the Complaint, in its entirety, with prejudice.

/ / /

/ / /

/ / /

1    Accordingly:

2    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

3    1.    The Complaint is dismissed, as to all causes of action, with prejudice;

4    2.    Judgment is entered in favor of defendant WELLS FARGO BANK,
5    N.A.; and

6    3.    Plaintiff, Polly Robateau will recover nothing in this action from
7    defendant WELLS FARGO BANK, N.A.

10    DATED: MAY 26, 2015

              _____
              HON. MANUEL L. REAL
              UNITED STATES DISTRICT JUDGE